# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA VEGA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JANEL ESPINOZA,<br><br>　　　　Respondent. | NO. CV 18-10201-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 20, 2019

　　　　　　　　　　　　　　　　　/s/ Karen L. Stevenson
　　　　　　　　　　　　　　　　　KAREN L. STEVENSON
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE